# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATHEW WHITE,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01484-KJD-NJK

**Order**

(Docket No. 9)

Pending before the Court is the parties' discovery plan. Docket No. 9. For the reasons stated below, the discovery plan is **DENIED**.

The presumptively reasonable discovery period is 180 days, measured from the date of the first appearance of any defendant. Local Rule 26-1(b)(1). Here, Defendants petitioned for removal on August 26, 2019, Docket No. 1, after having already answered the complaint in state court, *id.* at 2; therefore, the discovery cut-off is measured from August 26, 2019.

If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must submit a discovery plan, that complies with Local Rule 26-1, no later than October 16, 2019.

IT IS SO ORDERED.

Dated: October 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1