

| | |
|---|---|
| 1 | **SAO** |
| | FARHAN R. NAQVI |
| 2 | Nevada Bar No. 8589 |
| | SARAH M. BANDA |
| 3 | Nevada Bar No. 11909 |
| 4 | NAQVI INJURY LAW |
| | 9500 W Flamingo Road, Suite 104 |
| 5 | Las Vegas, Nevada 89147 |
| | Telephone: (702) 553-1000 |
| 6 | Facsimile: (702) 553-1002 |
| 7 | naqvi@naqvilaw.com |
| | sarah@naqvilaw.com |
| 8 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW WHITE, individually, | Case No.: 2:19-cv-01484-KJD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND JOINT PRE-TRIAL ORDER** |
| vs. | |
| WAL-MART STORES, INC. d/b/a WALMART #2838; WALMART INC. d/b/a WALMART #2838 f/k/a WAL-MART STORES, INC.; WAL-MART STORES EAST, LP d/b/a WALMART #2838; WSE MANAGEMENT, LLC; WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, MATHEW WHITE, by and through his counsel of record, FARHAN R. NAQVI and SARAH M. BANDA of NAQVI INJURY LAW, and Defendant WAL-MART STORES, INC., by and its counsel of record, ROBERT K. PHILLIPS and DANIEL E. JOSLYN of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby stipulate and agree to extend the deadline to submit the Joint Pre-Trial Order to conform with the new discovery deadlines approved by this Honorable Court on February 12, 2020 [ECF No. 20].

Good cause exists to grant the extension as the parties have already agreed to extend the discovery deadlines in this matter [ECF No. 19]. The parties inadvertently forgot to include the Joint Pre-Trial Order deadline in said discovery extension request and, therefore, respectfully request that the deadline be extended to conform with the agreed upon deadlines as follows:

| DISCOVERY | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motion to Amend Pleadings: | November 26, 2019 | Completed |
| Initial Expert Disclosures | December 26, 2019 | Completed |
| Rebuttal Expert Disclosures: | January 27, 2020 | Completed |
| Close of Discovery | February 24, 2020 | April 9, 2020 |
| Dispositive Motions: | March 25, 2020 | May 11, 2020 |
| **Joint Pre-Trial Order** | **April 24, 2020** | **June 8, 2020** |

Dated this __17th__ day of February, 2020          Dated this __17th__ day of February, 2020

NAQVI INJURY LAW                                                        PHILLIPS, SPALLAS & ANGSTADT, LLC

_/s/ *Sarah Banda*_____          _/s/ *Daniel Joslyn*_____
FARHAN R. NAQVI                                                        ROBERT K. PHILLIPS
Nevada Bar No. 8589                                                    Nevada Bar No. 11441
SARAH M. BANDA                                                         DANIEL E. JOSLYN
Nevada Bar No. 11909                                                   Nevada Bar No. 14725
9500 W. Flamingo Road, Suite 104                             700 S. Third Street
Las Vegas, Nevada 89147                                          Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                                                  *Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED this __18__ day of February, 2020

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 18, 2020_____