# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MATHEW WHITE,

    Plaintiff(s),

v.

WAL-MART STORES, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-01484-KJD-NJK

**ORDER**

On March 18, 2020, Defendant filed a notice of settlement indicating that dismissal papers would be filed shortly thereafter. Docket No. 23. Dismissal papers have not been filed. Accordingly, dismissal papers must be filed no later than November 9, 2020.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1