ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 14725
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
djoslyn@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW WHITE, individually, | Case No.: 2:19-cv-01484-KJD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC. d/b/a WALMART #2838; WALMART INC. d/b/a WALMART #2838 f/k/a WAL-MART STORES EAST, LP d/b/a WALMART #2838; WSE MANAGEMENT, LLC; WAL-MART REAL ESTATE BUSINESS TRUST; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

1 | party's own costs and attorney's fees.

2

3 | DATED this 30th day of October, 2020.      DATED this 30th day of October, 2020.

4 | **NAQVI INJURY LAW**             **PHILLIPS, SPALLAS & ANGSTADT, LLC**

5

6 | */s/ Sarah M. Banda*             */s/ Daniel E. Joslyn*

7 | FARHAN R. NAQVI, ESQ.          ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 8589             Nevada Bar No. 11441

8 | SARAH M. BANDA, ESQ.          DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 11909           Nevada Bar No. 14725

9 | 9500 W. Flamingo Rd. #104       504 South Ninth Street
Las Vegas, NV 89147            Las Vegas, Nevada 89101

10

11 | *Attorneys for Plaintiff*          *Attorneys for Defendant*
*Mathew White*              *Wal-Mart Stores, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Mathew White*
*Case No.* **2:19-cv-01484-KJD-NJK**

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this _2nd_ day of __November__, 2020.

_____

**UNITED STATES DISTRICT JUDGE**

- 3 -